# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
APR 23 2019
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

United States of America )
v. )
WILLIE R. McCLAIN ) Case No: 2:03-CR-0239-WFN-1
)
) USM No: 10849-085
Date of Original Judgment: 11/17/2004 )
Date of Previous Amended Judgment: _____ ) Matthew A. Campbell
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **300** months **is reduced to** **180** months as set out below:

**IMPRISONMENT:**

120 Months on Counts 1, 2, 3, 4 and 5, all to run CONCURRENT with one another; and 60 Months on Count 6 to run CONSECUTIVE to Counts 1 through 5.

**SUPERVISED RELEASE:**

Total of 8 Years as follows: Count 1, 3 years; Counts 2, 3, and 4, 5 Years; Count 5, 8 years; and Count 6, 5 Years. All terms of supervised release to run CONCURRENT with one another.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **11/17/2004** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/23/19

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Hon. Wm. Fremming Nielsen   Senior Judge, U.S. District Court
*Printed name and title*