PROB 12C
(6/16)

Report Date: January 29, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Willie R. McClain     Case Number: 0980 2:03CR00239-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 29, 2004

| | |
|---|---|
| Original Offense: | Distribution of a Detectable Amount of Cocaine Base, 21 U.S.C. § 841(a)(1); Distribution of 5 Grams or More of Cocaine Base, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 21 U.S.C. § 924(c) |
| Original Sentence: (October 29, 2004) | Prison - 300 Months; TSR - 120 Months |
| Amended Sentence: (April 23, 2019) | Prison - 180 Months; TSR - 96 Months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: | April 25, 2019 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: | April 24, 2027 |

### PETITIONING THE COURT

    To issue a **SUMMONS.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Mr. McClain is alleged to have violated mandatory condition number 2 by being cited by the Washington State Patrol on January 26, 2020, for the offense of Driving Under the Influence, in violation of R.C.W. 46.61.502, a gross misdemeanor. |
| | On April 26, 2019, Mr. Willie McClain signed his conditions relative to case number 2:03CR00239-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. McClain was made aware by his U.S. probation officer that he was required to refrain from committing another federal, state or local crime. |

Prob12C
Re: McClain, Willie R.
January 29, 2020
Page 2

Specifically, on January 26, 2020, the undersigned officer received an automated law enforcement notification with respect to the client indicating the client's name had been run by the Washington State Patrol. At 1:20 p.m., the client contacted the undersigned officer using text messaging and advised he had been contacted by law enforcement for speeding "last night" and he was subsequently arrested for driving under the influence.

On January 27, 2020, the police reports were received relative to this matter. According to the reports received, on January 26, 2020, at approximately 2:33 a.m., the Washington State Patrol observed a vehicle traveling northbound on Washington street. The vehicle was observed to be traveling in excess of the posted rate of speed of 30 miles per hour. The client's vehicle was subsequently determined by using radar to be traveling at a rate of speed of 38 miles per hour. Upon contacting the driver of the vehicle, who was identified as being Mr. Willie McClain, the officer smelled an odor of intoxicants and observed the client had bloodshot watery eyes and he appeared to have impaired motor functions. The officer further noted the client was unable to successfully perform multiple standardized field sobriety tests.

Mr. McClain subsequently provided BAC results of .104/104 and .102/.103 during testing. Following testing, Mr. McClain was ultimately arrested and cited for driving under the influence and speeding. Mr. McClain was subsequently later released from the Spokane County Jail on the day in question.

On January 27, 2020, Mr. McClain made his initial appearance relative to this alleged offense in Spokane County District Court and offered a plea of not guilty. Mr. McClain's next court hearing relative to this matter is currently set to occur on February 24, 2020, at 9 a.m.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 29, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS
[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/30/2020
Date